IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION<br><br>This Document Relates to:<br><br>TONI RICHARDSON<br><br>Plaintiffs,<br><br>v.<br><br>Intercontinental Terminals Company, LLC, NSK Ltd., NSK Corporation,<br><br>Defendants. | Lead Case No. 4:19-cv-01460<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: |

**PERSONAL INJURY PLAINTIFFS' MASTER**
**SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff incorporates by reference the First Amended Master Long Form Complaint and Jury Trial Demand filed in *In re: Intercontinental Terminals Company, LLC Deer Park Fire Litigation*, on March 12, 2021. Pursuant to the Court's January 15, 2021 Order, Doc. 550, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the First Amended Master Long Form Complaint.

Plaintiffs further allege as follows:

**I.   DEFENDANTS.**

Plaintiffs name the following Defendants in this action:

　__X__　　　Intercontinental Terminals Company, LLC

   __X__           NSK Ltd.

   __X__           NSK Corporation

## II. **PLAINTIFFS.**

Name of Plaintiff:

1. Plaintiff Toni Richardson is an individual residing in Houston, Harris County, Texas, a citizen of Texas.

2. ## III. **INJURIES.**

Plaintiff alleges the following injuries as a result of the March 17, 2019 fire and subsequent reignitions of the fire at ITC's Deer Park Facility:

**Toni Richardson** – smoke inhalation, coughing, headaches, nausea, dizziness, lethargy, shortness of breath, sweating, vomiting, disease of the nasal canal/sinus, exposure to benzene, hearing loss, ear discharge, cancerous legions in her mammary glands, chest pain, irritated throat, and extreme fatigue. Plaintiff also suffered from emotional distress and property damage.

## IV. **CAUSES OF ACTION.**

Plaintiff adopts in this Short Form Complaint the following claims asserted in the Mater Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

__X__ **Count I** - Negligence and Gross Negligence (ITC)

__X__ **Count II.A** - Products Liability - Manufacturing Defect (NSK Defendants)

__X__ **Count II.B** - Products Liability - Design Defect (NSK Defendants)

**WHEREFORE,** Plaintiff prays for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Amended Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiffs may be entitled.

Dated: July 6, 2022

Respectfully submitted,

Houssiere, Durant & Houssiere, LLP

By: */s/ Charles R. Houssiere, III*
  Charles R. Houssiere, III
  Attorney in Charge
  State Bar No. 10050700
  choussiere@HDHtex.com
  Michael R. Null
  State Bar No. 24126251
  mnull@hdhtex.com
  1990 Post Oak Blvd., Suite 800
  Houston, Texas 77056
  Telephone: (713)626-3700
  Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on July 6, 2022, a copy of this document has been served on all counsel of record in the above-captioned cases by electronic mail.

*/s/ Charles R. Houssiere, III*